THE STATE OF OHIO, APPELLEE, *v.* BOARD OF COMMISSIONERS OF OTTAWA COUNTY ET AL., APPELLANTS.

(No. 73-983—Decided November 6, 1974.)

*Mr. Theodore M. Rowen* and *Mr. David A. Katz*, for appellee.

*Mr. Lowell S. Petersen*, prosecuting attorney, for appellants.

*Per Curiam.* Defendants appeal from the October 15, 1973, judgment of the Court of Appeals. The issues defendants seek to raise in this appeal were not before the Court of Appeals on defendants' appeal from the granting of summary judgment to plaintiff on June 11, 1973, by the Court of Common Pleas.

The appeal is, therefore, dismissed.

*Appeal dismissed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.